JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br>Plaintiffs, <br><br>v. <br><br>KSU CORPORATION, a California corporation. <br><br>Defendant. | CASE NO. 5:25-cv-01180-SSS-SPx <br><br>**ORDER ON STIPULATION FOR JUDGMENT AGAINST DEFENDANT KSU** <br><br>Complaint Filed: May 15, 2025 |

IT IS ORDERED that Judgment be entered in the above-entitled action against Defendant KSU CORPORATION, pursuant to the terms of the Stipulation of Judgment entered into by Plaintiffs and Defendant filed with the Court on June 2, 2025.

The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Judgment until full performance of its terms.

Dated: June 4, 2025

_____
HON. JUDGE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

---